UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN H. NARDOZZI,<br><br>Defendant | CRIMINAL No. 18-CR-10017-GAO |

ASSENTED-TO MOTION TO CONTINUE TRIAL DATE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests that the trial originally set for May 6, 2019 at 9:00 a.m. be rescheduled to October 15, 2019 at 9:00 a.m., and that the time in the interim be excluded for Speedy Trial Act purposes. In support of this motion, the government states that it requests the new trial date and exclusion of time in the interests of justice and because of various scheduling conflicts of the parties and the Court.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/ *Evan Gotlob*
EVAN GOTLOB
Assistant United States Attorney

## RULE 7.1(A)(2) CERTIFICATION

The government has conferred with opposing counsel, who assents to this motion to continue.

                              By:    */s/ Evan Gotlob*
                                       EVAN GOTLOB
                                       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                         /s/ *Evan Gotlob*
                                         EVAN GOTLOB
                                         Assistant United States Attorney

Date: April 9, 2019